# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Jose Luis Chavez-Tovar | ) |
| *Petitioner* | ) |
| v. | ) |
| Kenny Atkinson, Warden FCI Edgefield | ) |
| *Respondents* | ) |

Civil Action No.     1:12-cv-01310-MGL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the petitioner *(name)* _____.

■  other: the petitioner, Jose Luis Chavez-Tovar, shall take nothing of the respondent, Kenny Atkinson, as to the

petition filed pursuant to 28 U.S.C. §2241 and this case is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the  Honorable Mary G. Lewis, United States District Judge, presiding, incorporating the Report and
Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the
petition without prejudice.


Date:   July 24, 2012

*LARRY W. PROPES, CLERK OF COURT*

s/A. Buckingham

_____
*Signature of Clerk or Deputy Clerk*